# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-13-103-M |
| ) | |
| LEON WAYNE MURRELL, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma respectfully shows to the Court that LEON WAYNE MURRELL, also spelled MURELL, Inmate Number 130539545, is the defendant in the above-entitled cause, that he is now an inmate of the Oklahoma County Jail, Oklahoma City, Oklahoma and that it is desired to bring him before the Court for a hearing in the above-entitled cause.

WHEREFORE, petitioner prays that an Order for Writ of Habeas Corpus Ad Prosequendum be granted by this Court, directed to the United States Marshal for the Western District of Oklahoma, commanding him to have and produce the defendant before this Court on July 17, 2013, at 3:00 P.M., for said hearing and for any further hearings

necessary to the disposition of this cause, and the Warden of the above institution be directed to surrender the said defendant for such purposes or as otherwise directed by said Court.

            SANFORD C. COATS
            United States Attorney

            <u>s/Ashley Altshuler</u>
            Assistant U.S. Attorney
            Bar Number: 17835
            210 Park Avenue, Suite 400
            Oklahoma City, Oklahoma  73102
            (405) 553-8700 (Office)
            (405) 553-8888 (Fax)
            Ashley.altshuler@usdoj.gov