# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Jul 15, 2013        **CASE:** CR-13-103-M

**TIME IN COURT:** 15 mins       **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**      **COURTROOM DEPUTY STEVE ROGERS**

**UNITED STATES OF AMERICA vs. LEON WAYNE MURRELL**

Defendant States true and correct name as: SAME     **AGE:** 19

**Government Cnsl:** ASHLEY ALTSHULER     **Defendant Cnsl:** JEFF TREVILLION

**U.S. Probation Officer:** ANN ALESCH     Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:**

☐ Defendant advised of his / her right of consular notification,

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.     ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Superseding Indictment     ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of Tuesday, September 10th 2013 before U.S. District Chief Judge Vicki Miles-LaGrange

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☒ Government requests a 2 day continuance of the detention hearing.

    ☒ Upon motion of the Government and request for continuance by Government

    ☒ Detention Hearing is set for 7/17/2013 at 11:00 AM

☐ Defendant waives right to detention hearing. Waiver of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at ___ with conditions per Release Order.

☐ Secured Bond set at ___ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.